IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

ANN M. PETRILLO,                                )
                                                )
                 Plaintiff,                     )   TC-MD 130361D
                                                )
        v.                                      )
                                                )
MULTNOMAH COUNTY ASSESSOR,                      )
                                                )
                 Defendant.                     )   **FINAL DECISION OF DISMISSAL**

This matter is before the court on Defendant's Motion to Dismiss (Motion), filed

October 30, 2013.  Defendant stated in its Motion that Plaintiff failed to contact Defendant to

arrange an inspection of Plaintiff's property no later than October 30, 2013.

In the court's Order filed October 18, 2013, the court stated that:

"Plaintiff shall schedule a site inspection no later than October 30, 2013, or
provide an explanation to the court and Defendant why the site inspection cannot
occur prior to that date.  Plaintiff's failure to comply will result in sanctions
(which may include but are not limited to dismissal of Plaintiff's appeal) being
imposed on Plaintiff."

As of this date, Plaintiff has not submitted an explanation to the court and Defendant stating why

the site inspection could not be scheduled.  Plaintiff has not filed a response to Defendant's

Motion. There is no evidence that Plaintiff complied with the court's Order, filed October 18,

2013, granting Defendant's discovery request.

Given Plaintiff's lack of prosecution of the above-entitled matter, Plaintiff's appeal is

dismissed.  Now, therefore,

/ / /

/ / /

/ / /

/ / /

IT IS THE DECISION OF THIS COURT that this matter be dismissed.

Dated this ___ day of November 2013.


_____
JILL A. TANNER
PRESIDING MAGISTRATE


*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by mailing to: 1163 State Street, Salem, OR 97301-2563; or by hand delivery to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within 60 days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on November 12, 2013.  The court filed and entered this document on November 12, 2013.*